**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elijah SWEOWAT, Defendant–
Appellant.**

**No. 12–30161.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 14, 2013.*

Filed Aug. 19, 2013.

James A. Goeke, Assistant U.S., USYA–Office Of The U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

David M. Miller, Miller & Prothero, Spokane, WA, for Defendant–Appellant.

Elijah Sweowat, pro se.

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

### MEMORANDUM **

Elijah Sweowat appeals from the district court's judgment and challenges his jury-trial conviction and 188–month sentence for crime on an Indian reservation, aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153 and 2241(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sweowat's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Sweowat has filed a motion for summary judgment, which we construe as a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.